# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff(s),<br>vs.<br>Jesus Antonio Molina,<br>    Defendant(s). | NO. CR 08-00480-FRZ-JJM<br><br>ORDER |

    This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on U. S. Probation's Petition to Revoke Supervised Release.

    On October 22, 2010, Magistrate Judge Jacqueline Marshall conducted a hearing and on November 2, 2010 issued her Report and Recommendation [119]. A copy was sent to all parties. Neither party filed objections to the Magistrate Judge's Report and Recommendation.

    The Court, having made an independent review of the record herein, orders as follows:

    IT IS ORDERED that Magistrate Judge Marshall's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

    IT IS FURTHER ORDERED finding that Defendant has violated Standard Condition No.3 of his supervised Release.

1   IT IS FURTHER ORDERED that the **Final Disposition Hearing** shall come
2 before this Court on  **Monday, December 20, 2010 at 9:30 a.m.**
3   DATED this 3rd day of December, 2010.

_____
Frank R. Zapata
Senior United States District Judge